In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-13-00541-CV**

IN THE INTEREST OF L.G.

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-217,369**

## MEMORANDUM OPINION

M.N. appeals from an order terminating her parental rights to her minor child L.G. The trial court found, by clear and convincing evidence, that multiple statutory grounds existed for the termination and that termination of M.N.'s parental rights would be in the best interest of the child. *See* Tex. Fam. Code Ann. § 161.001(1)(D), (E), (L), (N), (O), (2) (West Supp. 2013).

M.N.'s court-appointed appellate counsel submitted a brief in which counsel contends that there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738 (1967); *In re L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.—Beaumont 2005, no pet.). The brief provides counsel's professional

1

evaluation of the record. Counsel served appellant with a copy of the *Anders* brief filed on her behalf. Counsel moved to withdraw and requested an extension of time for appellant to file a pro se brief. On January 7, 2014, we granted appellant twenty days to file a pro se brief.[1] No pro se brief was received.

We have independently reviewed the record and counsel's brief, and we agree that any appeal would be frivolous. We conclude that no arguable grounds for appeal exist, and we therefore affirm the judgment of the trial court. We grant counsel's motion to withdraw.

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on February 19, 2014
Opinion Delivered March 6, 2014

Before Kreger, Horton, and Johnson, JJ.

---

[1] Notices were mailed to all addresses known to this Court for appellant, but all of the court's correspondence was returned as undeliverable. Appellant has not made any attempts to remain in contact with the Court.